# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Bennie R Weiser, Jr., et al, Plaintiff, | ) | |
| v. | ) | Case No. 4:17-cv-00673-GKF-FHM |
| Pathway Services, Inc., Defendant. | ) | |

## ORDER SCHEDULING BILL OF COSTS HEARING

At the direction of the Clerk of Court, the above referenced case has been set for a Bill of Cost hearing on July 23, 2019, at 10:00 A.M. The hearing will take place before the Clerk of Court, Mark C. McCartt in the Clerk of Court's Office, Room No. 411, U.S. Courthouse, 333 West 4th Street, Tulsa, Oklahoma.

**If there is no written objection filed to the Bill of Costs, the Clerk of Court's Office will tax the Bill of Costs in accordance with the Federal Rules of Civil Procedures and the Local Rules; and your appearance at such hearing will not be necessary.**

Mark C. McCartt
Clerk of Court, United States District Court

s/Mark C. McCartt
By: Mark C. McCartt, Clerk of Court